```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF OHIO
                     WESTERN DIVISION
```

**STEPHEN E. BLANKENSHIP,**

    **Plaintiff,**

  vs.                                       3:21-cv-0227
                                                MAGISTRATE JUDGE KING

**FRANK BISIGNANO,**
**Commissioner of Social Security**

## ORDER

This Court previously remanded this action pursuant to Sentence Six of 42 U.S.C. § 405(g), for consideration of new and material evidence. (Opinion and Order, ECF No. 16) The Commissioner of Social Security has now filed a motion for dismissal of this action, with prejudice, in light of Plaintiff's withdrawal of his request for a hearing before the Commissioner upon remand. (ECF No. 17) Plaintiff has not responded to that motion.

The Commissioner's unopposed motion (ECF N0. 17) is **GRANTED**. This action is hereby **DISMISSED WITH PREJUDICE**.

December 17, 2025                               *s/ Norah McCann King*
                                                    Norah McCann King
                                             United States Magistrate Judge